IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:12CR123 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | MEMORANDUM |
| JOHNNY L. CHATMON, | ) | AND ORDER |
| Defendant. | ) | |

Before the Court are the Findings and Recommendation of Magistrate Judge Thomas D. Thalken (Filing No. 24). No objections have been filed. Under 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of the record and adopts the Findings and Recommendation in their entirety.

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation (Filing No. 24) are adopted in their entirety; and

2. The Defendant's motion to suppress (Filing No. 14) is denied.

DATED this 16th day of July, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge